# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Yasmeen Elagha

                Plaintiff,

v.                               Case No.: 1:24−cv−12066

                                        Honorable Charles P. Kocoras

Northwestern University Pritzker School of Law, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 31, 2025:

      MINUTE entry before the Honorable Charles P. Kocoras: Agreed Motion to Sever and Remand State Law Claims, and to Amend the Case Caption [20 ] is granted. An Amended Complaint is to be filed by 2/7/25 consistent with the severance and remand. Defendants' Motion to Dismiss [16] is denied as moot. A Joint Status Report is due 3/14/25.Counts III Defamation per se, IV Defamation, V False Light, VI Commercial Disparagement, and VII Negligence are severed and remanded to the Circuit Court of Cook County, Illinois. The Clerk's Office is directed to remand these state law claims to the Circuit Court of Cook County, Illinois, forthwith. The Clerk's Office is further directed to amend the case caption to include the correct entity for the Northwestern University Pritzker School of Law and Northwestern University Police Department to reflect Northwestern University. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.