IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YASMEEN ELAGHA<br><br>Plaintiff,<br><br>v.<br><br>NORTHWESTERN UNIVERSITY, et al.<br><br>Defendants. | CASE NO.: 1:24-CV-12066 |

**MOTION FOR CLARIFICATION OF THE COURT'S ORDER
OF JANUARY 31, 2025 (DOC. NO. 21)**

Defendants Northwestern University, Hari Osofsky, Susan Michelle Spies Roth, and George Langford (collectively, the "Northwestern Defendants") hereby submit their Motion for Clarification of the Court's Order of January 31, 2025. In support, the Northwestern Defendants state as follows:

On January 28, 2025, Plaintiff Yasmeen Elagha ("Plaintiff") filed an Agreed Motion to Sever and Remand State Law Claims, And to Amend The Case Caption ("Agreed Motion"). (Doc. 20). The Agreed Motion sought to:

(1) Sever and remand the state law claims against co-defendants The Daily Signal Media Group, Inc. d/b/a The Daily Signal, The Star News Network, a/k/a Star News Digital Media, Inc., The Connecticut Star, The Tennessee Star, Melody Mostow, Anita Kinney, Anthony Kinnett, John Doe 1-10, and Jane Doe 1-10 (collectively, the "Non-Northwestern Defendants") to the Circuit Court of Cook County, Illinois;

(2) Amend the case caption to include the correct entity for the Northwestern University Pritzker School of Law and Northwestern University Police Department to reflect Northwestern

55047658.3

University; and

(3) Dismiss claims against individual Defendants Osofsky, Roth, and Langford in their individual capacities without prejudice.

On January 31, 2025, this Court issued an Order granting the Agreed Motion, stating, in part, that "Counts III Defamation per se, IV Defamation, V False Light, VI Commercial Disparagement, and VII Negligence are severed and remanded to the Circuit Court of Cook County, Illinois." (Doc. 21). The Northwestern Defendants understand that this portion of the Court's Order was intended to apply only to the Non-Northwestern Defendants.

In an abundance of caution, the Northwestern Defendants request that the Court clarify its Order consistent with the parties' joint request. Counts III, IV, V, VI, and VII are pled against both the Northwestern Defendants and the Non-Northwestern Defendants. Because the Court's Order does not specify that Counts III, IV, V, VI, and VII against *only the Non-Northwestern Defendants* are severed and remanded to the Circuit Court of Cook County, the Northwestern Defendants respectfully seek clarification that Counts III, IV, V, VI, and VII against the Northwestern Defendants have not been severed and remanded.

WHEREFORE, the Northwestern Defendants respectfully request an order clarifying the Court's Order of January 31, 2025 consistent with the foregoing.

| | |
|---|---|
| Dated: February 3, 2025 | Respectfully submitted,<br><br>NORTHWESTERN UNIVERSITY, HARI OSOFSKY, SUSAN MICHELLE SPIES ROTH, AND GEORGE LANGFORD<br><br>By: *Joshua W. B. Richards*<br>One of their attorneys |

55047658.3

Casey Grabenstein (casey.grabenstein@saul.com)
Shivani Govani (shivani.govani@saul.com)
Saul Ewing LLP
161 North Clark Street, Suite 4200
Chicago, Illinois 60601
(312) 876-7100

Joshua W.B. Richards (joshua.richards@saul.com) – *pro hac vice*
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19102
(215) 972-7777

55047658.3

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on February 3, 2025, he caused the foregoing motion to be filed electronically with the Clerk of the U.S. District Court, using the Court's CM/ECF system, which sent electronic notification to all parties who have appeared and are registered as CM/ECF participants in this matter.

/s/ *Joshua W. B. Richards*

55047658.3