# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Yasmeen Elagha

                                          Plaintiff,

v.                                                                        Case No.: 1:24−cv−12066

                                                                       Honorable Charles P. Kocoras

Daily Signal Media Group, Inc. d/b/a The Daily Signal, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 11, 2025:

      MINUTE entry before the Honorable Charles P. Kocoras: In light of Plaintiff's First Amended Complaint [24], Defendants' motion for clarification [23] is denied as moot. A joint status report remains due on 3/14/2025. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.