**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

YASMEEN ELAGHA,

    Plaintiff,

v.

NORTHWESTERN UNIVERSITY,

    Defendant.

No. 1:24-cv-12066

Judge Charles P. Kocoras

**Joint Initial Status Report**

1.     **The Nature of the Case**:

    A.   Briefly describe the nature of the claims asserted in the complaint and any counterclaims and/or third party claims.

    B.   Briefly identify the major legal and factual issues in the case.

    C.   State the relief sought by any of the parties.

    Plaintiff alleges that Defendant violated Title VI of the Civil Rights Act of 1964 by acting with deliberate indifference to alleged harassment and by engaging in discriminatory treatment on the basis of race, national origin, and/or religion. Plaintiff seeks damages and injunctive and declaratory relief. Defendant denies Plaintiff's allegations and liability.

2.     **Jurisdiction**: Explain why the Court has subject matter jurisdiction over the plaintiff(s)' claim(s). If jurisdiction over any claims is based on diversity or supplemental jurisdiction, identify the domicile of all parties and state whether there is any dispute regarding the amount in controversy (and, if so, the basis of that dispute).

    The Court has subject-matter jurisdiction over Plaintiff's federal claims pursuant to 28 U.S.C. § 1331. The Court has supplemental jurisdiction over any related state-law claims pursuant to 28 U.S.C. § 1367.

3.     **Status of Service**: Identify any defendants that have not been served.

    All defendants have been served.

4.     **Status of Pleadings:** State whether any defendant has not filed a responsive pleading to the complaint.

57222039.3

Plaintiff filed a Third Amended Complaint on December 16, 2025. Defendant filed its Answer and Affirmative Defenses on February 6, 2026.

5. **Consent to Proceed Before a United States Magistrate Judge**: Confirm that counsel have advised the parties that they may proceed before a Magistrate Judge if they consent unanimously and advise whether there is, or is not, unanimous consent. The Court strongly encourages the parties to consent to the jurisdiction of the Magistrate Judge.

Counsel have advised the parties that they may consent to proceed before a United States Magistrate Judge. At this time, the parties do not unanimously consent.

6. **Motions**: Briefly describe any pending motions.

There are no motions currently pending. Defendant intends to file a motion for judgment on the pleadings on or before March 6, 2026.

7. **Case Plan**: Submit a proposed discovery schedule and indicate the general type of discovery needed and whether expert discovery is anticipated.

Defendant respectfully proposes staying the discovery schedule pending resolution of Defendant's forthcoming motion for judgment on the pleadings in light of its potential impact on the scope of discovery. Plaintiff does not agree that a complete stay of discovery is warranted. Discovery is presumptively permitted under the Federal Rules, and a blanket stay would risk unnecessary delay and potential prejudice. Discovery is expected to include written interrogatories, document requests and production, production of electronically stored information ("ESI") based on agreed custodians and search terms, and depositions.

**Plaintiff's proposed Discovery Schedule**:

**Initial Disclosures under Rule 26(a)(1)**: March 10, 2026

**Close of Fact Discovery**: November 3, 2026

**Expert Discovery**: At this time, Plaintiff does not anticipate the need for expert discovery.

**Dispositive Motions Deadline**: February 9, 2027

8. **Status of Settlement Discussions**: Indicate whether any settlement discussions have occurred and the status of those discussions (do <u>not</u> provide any particulars of any demands or offers that have been made), and state whether the parties request a settlement conference.

The parties are engaged in preliminary settlement discussions, with Plaintiff to provide a demand to Defendant on or before February 17, 2026. Once Defendant receives the demand,

the parties will meet and confer with respect to whether a settlement conference would aid them in resolving the matter.

9. **Other:** Is there anything else the parties want the Court to know? (Please be brief.)

N/A.

                                          Respectfully submitted,


Yasmeen Elagha                            Northwestern University

By: /s/  *Waleed Naser (with consent)*    By: /s/  *Joshua W. B. Richards*
        One of her attorneys                     One of its attorneys



Waleed Naser                              Casey Grabenstein
155 North Wacker Drive, Suite 4250        Shivani Govani
Chicago, IL 60606                         Saul Ewing LLP
Office: (312) 248-2501                    161 North Clark Street, Suite 4200
Direct: (872) 265-8490                    Chicago, IL 6061
waleed@naserlegal.com                     (312) 876-7100
                                          casey.grabenstein@saul.com
Farah Chalisa                             shivani.govani@saul.com
155 North Wacker Drive, Suite 4250
Chicago, IL 60606                         Joshua W. B. Richards (*admitted pro hac vice*)
(224) 392-7822                            Saul Ewing LLP
attorneychalisa@gmail.com                 1735 Market Street, Suite 3400
                                          Philadelphia, PA 19103
                                          (215) 972-7737
                                          joshua.richards@saul.com